**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EVEGENIY ARDEMASOV, | : CIVIL ACTION NO. 12-01570 |
| | : |
| Plaintiff | : |
| | : |
| - against - | : |
| | : |
| CITIBANK, N.A. | : DECEMBER 13, 2012 |
| | : |
| Defendant. | : |

**ANSWER TO VERIFIED COMPLAINT**

Defendant Citibank, N.A. ("Defendant"), by its attorneys, Bryan Cave LLP, as and for its answer to the Verified Complaint ("Complaint") of plaintiff Evgeniy Ardemasov states as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of the Complaint.

3. Denies the allegations contained in Paragraph 3 of the Complaint.

4. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint.

5. Denies the allegations contained in Paragraph 5 of the Complaint.

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint.

7.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint.

8.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint.

9.      Denies the allegations contained in Paragraph 9 of the Complaint.

10.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint.

11.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint.

12.     Denies the allegations contained in Paragraph 12 of the Complaint and respectively refers the Court to the letter dated April 3, 2012 for its full content and meaning.

13.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint.

14.     Denies the allegations contained in Paragraph 14 of the Complaint.

15.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint, except denies the allegations contained in Paragraph 15 of the Complaint to the extent they concern Citi's alleged instructions.

16.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint, except denies the allegations contained in Paragraph 16 of the Complaint to the extent they Citi's instructions.

17.     Denies the allegations contained in Paragraph 17 of the Complaint.

18.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint, except denies the allegations contained in Paragraph 18 of the Complaint that Citi engaged in "willful, improper and unauthorized conduct."

19.     Neither admits nor denies the allegations contained in Paragraph 19 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 19 of the Complaint.

20.     With respect to Paragraph 20 of the Complaint, repeats and realleges the responses to Paragraphs 1 through 19 of the Complaint as if fully set forth herein.

21.     Denies the allegations contained in Paragraph 21 of the Complaint.

22.     Denies the allegations contained in Paragraph 22 of the Complaint.

23.     Denies the allegations contained in Paragraph 23 of the Complaint.

24.     Denies the allegations contained in Paragraph 24 of the Complaint and respectively refers the Court to the letter dated April 3, 2012 for its full content and meaning.

25.     Denies the allegations contained in Paragraph 25 of the Complaint and refers to the referenced correspondence for its full content and meaning.

26.     Denies the allegations contained in Paragraph 26 of the Complaint and avers that Citi did not demand cancellation of Plaintiff's credit line.

27.     Neither admits nor denies the allegations contained in Paragraph 27 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is

required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 27 of the Complaint.

28.     Neither admits nor denies the allegations contained in Paragraph 28 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 28 of the Complaint.

29.     Neither admits nor denies the allegations contained in Paragraph 29 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 29 of the Complaint.

30.     Neither admits nor denies the allegations contained in Paragraph 30 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 30 of the Complaint.

31.     With respect to Paragraph 31 of the Complaint, repeats and realleges the responses to Paragraphs 1 through 30 of the Complaint as if fully set forth herein.

32.     Denies the allegations contained in Paragraph 32 of the Complaint.

33.     Denies the allegations contained in Paragraph 33 of the Complaint.

34.     Denies the allegations contained in Paragraph 34 of the Complaint.

35.     Denies the allegations contained in Paragraph 35 of the Complaint and respectively refers the Court to the letter dated April 3, 2012 for its full content and meaning.

36.     Denies the allegations contained in Paragraph 36 of the Complaint.

37.     Denies the allegations contained in Paragraph 37 of the Complaint.

38.     Neither admits nor denies the allegations contained in Paragraph 38 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 38 of the Complaint.

39.     With respect to Paragraph 39 of the Complaint, repeats and realleges the responses to Paragraphs 1 through 38 of the Complaint as if fully set forth herein.

40.     Neither admits nor denies the allegations contained in Paragraph 40 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 40 of the Complaint.

41.     Neither admits nor denies the allegations contained in Paragraph 41 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 41 of the Complaint.

42.     Neither admits nor denies the allegations contained in Paragraph 42 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 42 of the Complaint.

43.     Neither admits nor denies the allegations contained in Paragraph 43 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 43 of the Complaint.

44.     With respect to Paragraph 44 of the Complaint, repeats and realleges the responses to Paragraphs 1 through 43 of the Complaint as if fully set forth herein.

45.     Neither admits nor denies the allegations contained in Paragraph 45 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 45 of the Complaint.

46.     Neither admits nor denies the allegations contained in Paragraph 46 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 46 of the Complaint.

47.     Neither admits nor denies the allegations contained in Paragraph 47 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 47 of the Complaint.

48.     Neither admits nor denies the allegations contained in Paragraph 48 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 48 of the Complaint.

49.     With respect to Paragraph 49 of the Complaint, repeats and realleges the responses to Paragraphs 1 through 48 of the Complaint as if fully set forth herein.

50.     Neither admits nor denies the allegations contained in Paragraph 50 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is

required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 50 of the Complaint.

51.     Neither admits nor denies the allegations contained in Paragraph 51 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 51 of the Complaint.

52.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of the Complaint, except denies the allegations contained in Paragraph 52 of the Complaint concerning Citi's actions.

53.     Neither admits nor denies the allegations contained in Paragraph 53 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 53 of the Complaint.

54.     Neither admits nor denies the allegations contained in Paragraph 54 of the Complaint inasmuch as they call for a legal conclusion, as to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 54 of the Complaint.

## First Affirmative Defense

55.     The Complaint fails to state a claim upon which relief can be granted.

## Second Affirmative Defense

56.     Plaintiff's fraudulent concealment claim is subject to dismissal due to Plaintiff's failure to plead fraud with the requisite particularity.

### Third Affirmative Defense

57.     The Complaint is barred, in whole or in part, by the equitable doctrines of waiver, consent, estoppel and unclean hands.

### Fourth Affirmative Defense

58.     The Complaint is barred by Plaintiff's failure to mitigate his damages.

### Fifth Affirmative Defense

59.     The Complaint is barred by the equitable doctrine of laches.


Defendant reserves the right to assert additional defenses and to amend and supplement those asserted herein upon discovery of further information regarding Plaintiff's claims.


**DEFENDANT,**
CITIBANK, N.A.


By: /s/ Noah M. Weissman
     Noah M. Weissman, Esq.
     Bryan Cave LLP
     1290 Avenue of the Americas
     New York, New York 10104
     (212) 541-2000 – Phone
     (212) 541-4630 – Fax
     nmweissman@bryancave.com

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that on the date hereof, a copy of the foregoing was served by first

class U.S. mail, postage prepaid, upon all counsel and pro se parties of record, as follows:

Albert Feinstein, Esq.
Law Offices of Albert Feinstein
1500 Broadway, Suite 1900
New York, New York 10036

*Counsel for Evgeniy Ardemasov*

/s/ Noah M. Weissman
Noah M. Weissman