UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVEGENIY ARDEMASOV, | : CIVIL ACTION NO. 12-01570 |
| Plaintiff | : |
| - against - | : |
| CITIBANK, N.A. | : JUNE 5, 2013 |
| Defendant. | : |

DECLARATION OF NOAH M. WEISSMAN
IN SUPPORT OF CITIBANK, N.A.'S
<u>MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL ALBERT FEINSTEIN</u>

Noah M. Weissman, pursuant to 28 U.S.C. § 1746, declares:

1. I am a Partner of Bryan Cave LLP, attorneys for Defendant Citibank, N.A. ("Citibank") in the above-captioned action, and am personally familiar with the facts stated herein. I submit this declaration in support of Citibank's motion to disqualify Plaintiff's Counsel, Albert Feinstein, pursuant to Local Civil Rule 83.13.

2. Attached as Exhibit 1 is a true and correct copy of an e-mail that I received from Albert Feinstein on November 8, 2012. The copy submitted does not include e-mails that appeared earlier in the e-mail chain, because those messages concerned requests for extension of time or settlement discussions that are irrelevant to the instant motion.

3. Attached as Exhibit 2 is a true and correct copy of an e-mail purportedly from Richard Muskus, the President of The Greenwich Bank & Trust Company, to Mr. Feinstein dated January 10, 2013. Mr. Feinstein forwarded this e-mail to me as an attachment to an e-mail on January 10, 2013.

2

Pursuant to 28 U.S.C. § 1746, I, Noah M. Weissman, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on June 5, 2013
    New York, New York

                                        /s/ Noah M. Weissman
                                        Noah M. Weissman

CERTIFICATION OF SERVICE

I hereby certify that on the date hereof, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

/s/ Noah M. Weissman
Noah M. Weissman